1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CARMELIA L. MCALISTER,          )   No. EDCV 05-00729-SS
                                      )
12                  Plaintiff,        )
                                      )   **JUDGMENT**
13            v.                      )
                                      )
14   JO ANNE B. BARNHART,             )
     Commissioner of the Social       )
15   Security Administration,         )
                                      )
16                  Defendant.        )
     _____)

17

18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

19   and that the above-captioned action is REMANDED to the Commissioner for

20   further action consistent with the Court's Memorandum Decision and

21   Order.

22

23   DATED: September 7, 2006

24

25                                      _____
                                        SUZANNE H. SEGAL
26                                      UNITED STATES MAGISTRATE JUDGE

27

28